**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

JOSE FIGUEROA, on behalf of himself and all others similarly situated,

    Plaintiffs,

- against -

DANIEL WELLINGTON INC.,

    Defendant.

------------------------------------X

Case No.:1:18-cv-10412-PAE-BCM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been achieved. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties.

Date: ~~February~~ March 4, 2019

_____
Joseph H. Mizrahi
Daniel C. Cohen
**COHEN & MIZRAHI LLC**
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Tel: (646) 645-8482
E-mail: joseph@cml.legal

*Attorneys for Plaintiff*

SO ORDERED:

_____
Hon. Paul A. Englemayer

_____
Joshua A. Stein
Shira M. Blank
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Avenue
New York, New York 10177
Tel: (212) 351-4500
E-mail: jstein@ebglaw.com

*Attorneys for Defendant*

Date: 3/5/19
Paul A. Engely

15